EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>María Teresa Castro Martínez | 2006 TSPR 156<br><br>169 DPR _____ |

Número del Caso: TS-1766

Fecha: 20 de octubre de 2006

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja del Ejercicio de la Abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

María Teresa Castro Martínez          TS-1766


RESOLUCIÓN

San Juan, Puerto Rico, a 20 de octubre de 2006.

Se acepta la comunicación del Sr. Gaspar Gerena Herrera en cumplimiento de la Resolución de 14 de agosto de 2006 en la cual informa sobre la edad avanzada en que se encuentra la Lic. María Teresa Castro Martínez, su esposa, y solicita que se le dé de baja del ejercicio de la abogacía. Se accede a dicha solicitud.

Por ende, se archiva el asunto que origina la Resolución de 14 de agosto de 2006.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López y la Jueza Asociada señora Fiol Matta no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo